| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael D. Alltmont<br>Sessions, Israel & Shartle<br>3850 N. Causeway Blvd., Ste. 200<br>Metairie, Louisiana 70002<br>Telephone: (504) 846-7954<br>FAX: (504) 828-3737<br>Louisiana State Bar No. 32318<br>Email: malltmont@sessions.legal<br><br>*Attorney for:* Defendants | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>RYAN MICHELLE MERSMAN,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-27164-VZ<br>ADVERSARY NO.: 2:23-ap-01072-VZ<br>CHAPTER: 7 |
|---|---|
| RYAN MICHELLE MERSMAN,<br>f.k.a. RYAN M. JACOBS,<br><br><br><br>Plaintiff(s).<br>vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUSTS, 2004-1, 2004-2, 2005-2, 2005-3, 2006-1,<br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Michael D. Alltmont _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Defendants, National Collegiate Student Loan Trusts 2004-1, 2004-2, 2005-2, 2005-3, 2006-1

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 1                                    **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Sessions, Israel & Shartle
   3850 N. Causeway Blvd., Ste. 200
   Metairie, Louisiana 70002

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   See Exhibit A attached.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have  ☒ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   n/a

   I ☐ resigned  ☐ did not resign   while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   James K. Schultz (SBN 309945)

   Name and address of law firm, or residence address:
   Sessions, Israel & Shartle, LLP
   1550 Hotel Circle North, Suite 260
   San Diego, CA 92108-3426

   Telephone number of law firm: (619) 758-1891

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                   Page 2                                   **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 05/15/2023

/s/ Michael D. Alltmont
Signature of applicant

Michael D. Alltmont
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 05/15/2023

/s/ James K. Schultz
Signature of Designee

James K. Schultz
Printed name of Designee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 3    **F 2090-1.2.APP.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Sessions, Israel & Shartle, LLP, 1550 Hotel Circle North, Suite 260, San Diego, CA 92108-3426

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/15/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christine A Kingston
christine@surfcitylawyers.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2023 | James K. Schultz | /s/James K. Schultz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## **EXHIBIT A**

Michael D. Alltmont is admitted to practice before the following courts:

| State or Federal Court | Admission Date |
|---|---|
| All Louisiana State Courts | 11/05/2009 |
| USDC ED Louisiana | 11/20/2009 |
| USDC MD Louisiana | 11/20/2009 |
| USDC WD Louisiana | 11/20/2009 |
| USDC ND Illinois | 11/18/2014 |
| USDC ED Michigan | 08/06/2015 |
| USCA 2nd Circuit | 05/02/2014 |
| USCA 3rd Circuit | 10/03/2018 |
| USCA 4th Circuit | 11/08/2013 |
| USCA 5th Circuit | 11/17/2009 |
| USCA DC Circuit | 03/20/2023 |

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Michael Alltmont

**Firm Name:** Sessions, Israel & Shartle

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:23-ap-01072

**Party Name:** Defendants, National Collegiate Student Loan Trusts 2004-1,2004-2, 2005-2, 2005-3, 2006-1

**Tracking Number:** PHV-230515-000-0236

**Pay.gov Tracking ID:** 275H06HK

**Amount:** $500

**Date:** 5/15/2023

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

## Clerk Services
- Court Reporting Services
- Courtroom Technology
- Employment
- Interpreter Services
- Naturalization Ceremony Information
- Policy For Limited Use of Court Facilities
- Records Department
- Statistical Reports

## Jurors Information
- Jurisdiction
- Terms of Service
- Requesting an Excuse
- Requesting a Postponement
- Students
- Payment
- Juror Amenities
- Dress Code
- Security
- Employer Information
- Checking Status / Confirming Reporting Instructions
- Certificate of Jury Service
- Contact Us
- Parking / Directions
- Subsistence Information / Hotels

## Attorney Information
- Attorney Admissions
- Attorney Assistance
- Alternative Dispute Resolution (ADR)
- Capital Habeas
- Criminal Justice Act (CJA)
- Lawyer Representatives
- Pro Bono
- Direct Assignment of Civil Cases to Magistrate Judges Program
- Attorney Workroom Copier Password Request
- Mileage Rates
- Post-Judgment Interest Rates

## Court Procedures
- Filing Procedures
- Forms
- General Orders
- Local Rules