Christine A. Kingston, SBN 256503
Surf City Lawyers, APC
17011 Beach Blvd, Ste. 9000
Huntington Beach, CA 92647
Tel: (714) 533-9210
Fax: (714) 489-8150
Christine@surfcitylawyers.com

*Attorneys for* Ryan Jacobs

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>Ryan Michelle Mersman<br><br>                 Debtor, | Case No. 2:10-bk-27164-VZ<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01072-VZ |
|---|---|
| Ryan Michelle Mersman,<br>f.k.a. Ryan M. Jacobs,<br>                 Plaintiff,<br><br>vs.<br><br>National Collegiate Student Loan Trusts, 2004-1, 2004-2, 2005-2, 2005-3, 2006-1<br>                 Defendants. | **STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**<br><br>**Status Conference [Via ZoomGov]:**<br>**Date: May 18, 2023**<br>**Time: 10:30 a.m.**<br>**Court: Courtroom 1368**<br>**255 E. Temple Street, 13th Fl.**<br>**Los Angeles, CA 90012** |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

This Stipulation for Voluntary Dismissal of Adversary Proceeding without prejudice ("Stipulation") is entered into by and between Plaintiff Ryan Michelle Mersman, f.k.a. Ryan M. Jacobs, by and through her counsel Christine A. Kingston, Esq. of Surf City Lawyers, APC. ("Plaintiff"), and Defendants National Collegiate Student Loan Trusts, 2004-1, 2004-2, 2005-2, 2005-3, 2006-1, through their counsel of record, James Schultz, Sessions, Israel & Shartle, LLP. ("Defendants") (collectively, the "Parties"), subject to Bankruptcy Court approval, as follows:

///

///

## RECITALS

A. On January 30, 2023, Plaintiff filed his Complaint For: Determination That Student Loan Debt Is Dischargeable Pursuant To 11 U.S.C. § 523(a)(8), commencing the subject adversary proceeding ("Adversary Proceeding").

B. On March 9, 2023, Defendants filed an Answer to the Complaint.

C. The initial Status Conference is scheduled for May 18, 2023 at 10:30 a.m.

D. Plaintiff seeks a voluntary dismissal of this adversary proceeding to make other arrangements with creditors.

E. Accordingly, based upon the foregoing and in the interests of judicial economy, the Parties seek to dismiss this adversary proceeding without prejudice, as set forth below.

## STIPULATION

1. The Recitals set forth above are hereby incorporated into the Stipulation by this reference.
2. The case is dismissed.
3. The Parties shall bear their own attorney's fees and costs.

Respectfully submitted.

Dated: May 16, 2023                           SURF CITY LAYWERS, APC


By: /s/Christine A. Kingston
Christine A. Kingston,
*Attorneys for* Plaintiff

Dated: 5/16/23

Sessions, Israel & Shartle, LLP

By: /s/ James Schultz
James Schultz,
*Attorneys for* Defendants

[signed with permission from James Schultz]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

21030 Pacific City Circle, #3214 Huntington Beach, CA 92648

A true and correct copy of the foregoing document entitled (*specify*): _____
STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/17/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Carolyn A Dye (TR)    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
  Christine A Kingston    christine@surfcitylawyers.com, docs@surfcitylawyers.com
  James Schultz    jschultz@sessions-law.biz, mwinder@sessions-law.biz
  United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/17/2023 | | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        F 9013-3.1.PROOF.SERVICE